1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARLA BERRY,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CASE NO. C19-5445 BAT

**ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS**

13

14

15

16

17

18

19

20

21

22

23

      The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

Plaintiff shall be issued summonses. Plaintiff is responsible for serving the complaint and

summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil

Procedure. Plaintiff may effectuate service electronically as detailed in Amended General Order

04-15 and General Order 05-15, by sending a copy of the summonses and complaint, along with

plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

      DATED this 22nd day of May, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1