UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARLA BERRY, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. C19-5445 BAT <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff's opening brief was due on **October 2, 2019**. Dkt. 11. Plaintiff has neither filed an opening brief nor moved for an extension of time. The Court **ORDERS** plaintiff to show cause by **October 18, 2019**, why this case should not be dismissed without prejudice for failure to prosecute and failure to follow a court order. Plaintiff may respond to this order to show cause by filing an opening brief and/or filing a motion for an extension time. If not voluntarily dismissing this case, plaintiff should also submit a proposed amended scheduling order.

DATED this 15th day of October, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER TO SHOW CAUSE - 1