UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| DARLA BERRY, | Civil No. 3:19-CV-05445-BAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will:

- offer the claimant the opportunity for a de novo hearing;
- consider the evidence submitted with the claimant's request for review;
- reevaluate the opinion evidence;
- reevaluate the claimant's alleged symptoms;
- reassess the claimant's residual functional capacity and provide rationale for the assessed limitations; and
- as necessary, obtain supplemental vocational expert evidence at step five.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 5th day of December, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Danielle R. Mroczek
DANIELLE R. MROCZEK
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2946
Fax: (206) 615-2531
danielle.mroczek@ssa.gov